UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                          **CRIMINAL ACTION NUMBER : 3:11CR-134-JGH**

**JUAN FRANCISCO-FELIPE**                                       **DEFENDANT**
aka Juan Francisco-Lopez

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the defendant as to Count 1 in the Indictment is hereby accepted, and the defendant is adjudged guilty of such offense. Sentencing is hereby scheduled for **Monday, April 30, 2012 at 1:30 p.m.**, before the Honorable John G. Heyburn, II, United States District Court Judge.

Copies to: U.S. Attorney
              U.S. Marshal
              U.S. Probation
              Counsel of Record